JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy Alan Nagel,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Aurora Loan Services LLC, et al.,<br><br>　　　　Defendants. | CASE NO. EDCV-11-947-JST (DTBx)<br><br>**JUDGMENT IN A CIVIL CASE** |

On November 3, 2011, the Court issued an order dismissing with prejudice Plaintiff's Complaint as to Aurora Loan Services LLC, Mortgage Electronic Registration Systems, Inc., and Federal Home Loan Mortgage Corporation. (Doc. 31.) Defendant Quality Loan Service Corp. was excused from this case prior to removal because it filed a Declaration of Nonmonetary Status to which none of the parties objected. (Doc. 32.)

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint is dismissed with prejudice.

DATED: November 9, 2011

_(signature)_
JOSEPHINE STATON TUCKER
United State District Judge

1